UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

**BOBBIE JEAN COMBS,**

    Plaintiff,

v.

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**

    Defendant.

**CIVIL ACTION NO. 7:20-142 KKC**

**JUDGMENT**

\*\*\* \*\*\* \*\*\*

The Court having affirmed the decision of the Commissioner hereby ORDERS and ADJUDGES as follows:

1. The plaintiff's motion for summary judgment (DE 18) is DENIED;

2. The defendant's motion for summary judgment (DE 22) is GRANTED;

3. The decision of the Commissioner is AFFIRMED pursuant to sentence four of 42 U.S.C. § 405(g) as it was supported by substantial evidence and was decided by proper legal standards; and

4. This judgment is FINAL and APPEALABLE.

This 1st day of March, 2022.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY